FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 1 1 2012

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | NO. 4:12CR *16* |
| | § | Judge *Schell* |
| RENE CORTEZ SALAZAR (1) | § | |
| TREY RAYMOND TIBBS (2) | § | |
| TASKA PATRICE GRAHAM (3) | § | |
| JOEY SCOTT TREVATHAN (4) | § | |
| MELINDA MINDY MARSHALL (5) | § | |
| BRENT ALAN ASKEW (6) | § | |
| JASON THEODORE HOOPER (7) | § | |
| LARRY TYRONE ADAMS (8) | § | |
| BRIAN KEITH MCMENAMY (9) | § | |
| SHANNON RENEE ASKEW (10) | § | |
| MELVIN C. BOWEN (11) | § | |
| MELISSA RENEE STEWART (12) | § | |
| DANIEL GEORGE JENSON (13) | § | |
| TIMOTHY LEDON BOWEN (14) | § | |
| MANUEL MICHAEL CAMACHO (15) | § | |
| MALCOM CODY CONYERS (16) | § | |
| ANDREA REEVES (17) | § | |
| LORENE VALADEZ (18) | § | |
| FERNANDO PERALES (19) | § | |
| a.k.a. "Dog" | § | |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 21 U.S.C. § 846
(Conspiracy to Possess with the Intent to
Manufacture and Distribute
Methamphetamine)

**INDICTMENT/NOTICE OF PENALTY - Page 1**

That from sometime in or about September 2010, and continuously thereafter up to and including January 11, 2012, in the Eastern District of Texas and elsewhere,

**Rene Cortez Salazar**
**Trey Raymond Tibbs**
**Taska Patrice Graham**
**Joey Scott Trevathan**
**Melinda Mindy Marshall**
**Brent Alan Askew**
**Jason Theodore Hooper**
**Larry Tyrone Adams**
**Brian Keith McMenamy**
**Shannon Renee Askew**
**Melvin C. Bowen**
**Melissa Renee Stewart**
**Daniel George Jenson**
**Timothy Ledon Bowen**
**Manuel Michael Camacho**
**Malcom Cody Conyers**
**Andrea Reeves**
**Lorene Valadez**
**Fernando Perales, a.k.a. "Dog"**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and/or 50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

**INDICTMENT/NOTICE OF PENALTY - Page 2**

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Criminal Forfeiture Pursuant to 21 U.S.C. § 853

As a result of committing the offenses charged in this Indictment, these defendants herein may have used or intended to use, property to commit or facilitate the offenses and/or property derived from proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 846.

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
ERNEST GONZALEZ
Assistant United States Attorney

1-11-2012
_____
Date

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:12CR_____ |
| | § | Judge _____ |
| RENE CORTEZ SALAZAR (1) | § | |
| TREY RAYMOND TIBBS (2) | § | |
| TASKA PATRICE GRAHAM (3) | § | |
| JOEY SCOTT TREVATHAN (4) | § | |
| MELINDA MINDY MARSHALL (5) | § | |
| BRENT ALAN ASKEW (6) | § | |
| JASON THEODORE HOOPER (7) | § | |
| LARRY TYRONE ADAMS (8) | § | |
| BRIAN KEITH MCMENAMY (9) | § | |
| SHANNON RENEE ASKEW (10) | § | |
| MELVIN C. BOWEN (11) | § | |
| MELISSA RENEE STEWART (12) | § | |
| DANIEL GEORGE JENSON (13) | § | |
| TIMOTHY LEDON BOWEN (14) | § | |
| MANUEL MICHAEL CAMACHO (15) | § | |
| MALCOM CODY CONYERS (16) | § | |
| ANDREA REEVES (17) | § | |
| LORENE VALADEZ (18) | § | |
| FERNANDO PERALES (19) | § | |
| a.k.a. "Dog" | § | |

## **NOTICE OF PENALTY**

### **Count One**

Violation:     21 U.S.C. § 846

Penalty:      If 500 grams or more of a mixture or substance containing a detectable
amount of methamphetamine or if 50 grams or more of methamphetamine
(actual) -- not less than 10 years and not more that life imprisonment, a fine
not to exceed $4 million, or both; supervised release of at least five years.

**INDICTMENT/NOTICE OF PENALTY - Page 4**

<u>Special Assessment</u>:        $100.00