FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 15 2012

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | SEALED |
| v. | § § | NO. 4:12CR16 |
| | § | Judge Schell |
| RENE CORTEZ SALAZAR (1) | § | |
| TREY RAYMOND TIBBS (2) | § | |
| TASKA PATRICE GRAHAM (3) | § | |
| JOEY SCOTT TREVATHAN (4) | § | |
| MELINDA MINDY MARSHALL (5) | § | |
| BRENT ALAN ASKEW (6) | § | |
| JASON THEODORE HOOPER (7) | § | |
| LARRY TYRONE ADAMS (8) | § | |
| BRIAN KEITH MCMENAMY (9) | § | |
| SHANNON RENEE ASKEW (10) | § | |
| MELVIN C. BOWEN (11) | § | |
| MELISSA RENEE STEWART (12) | § | |
| DANIEL GEORGE JENSON (13) | § | |
| TIMOTHY LEDON BOWEN (14) | § | |
| MANUEL MICHAEL CAMACHO (15) | § | |
| MALCOM CODY CONYERS (16) | § | |
| ANDREA REEVES (17) | § | |
| LORENE VALADEZ (18) | § | |
| FERNANDO PERALES (19)  a.k.a. "Dog" | § § | |
| PRISCILLA CAMACHO MARCELENO (20) | § | |
| AUGUSTINE RODRIGUEZ (21) | § | |
| THIEU ANDY NGUYEN (22) | § | |

Sealed

## FIRST SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846
(Conspiracy to Possess with the Intent to

Manufacture and Distribute
Methamphetamine)

That from sometime in or about January 2008, and continuously thereafter up to and including March 14, 2012, in the Eastern District of Texas and elsewhere,

**Rene Cortez Salazar**
**Trey Raymond Tibbs**
**Taska Patrice Graham**
**Joey Scott Trevathan**
**Melinda Mindy Marshall**
**Brent Alan Askew**
**Jason Theodore Hooper**
**Larry Tyrone Adams**
**Brian Keith McMenamy**
**Shannon Renee Askew**
**Melvin C. Bowen**
**Melissa Renee Stewart**
**Daniel George Jenson**
**Timothy Ledon Bowen**
**Manuel Michael Camacho**
**Malcom Cody Conyers**
**Andrea Reeves**
**Lorene Valadez**
**Fernando Perales, a.k.a. "Dog"**
**Priscilla Camacho Marceleno**
**Augustine Rodriguez**
**Thieu Andy Nguyen**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and/or 50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Criminal Forfeiture Pursuant to 21 U.S.C. § 853

As a result of committing the offenses charged in this Indictment, these defendants herein may have used or intended to use, property to commit or facilitate the offenses and/or property derived from proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 846.

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____     3-14-2012
FOR ERNEST GONZALEZ                  Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:12CR16 |
| | § | Judge Schell |
| RENE CORTEZ SALAZAR (1) | § | |
| TREY RAYMOND TIBBS (2) | § | |
| TASKA PATRICE GRAHAM (3) | § | |
| JOEY SCOTT TREVATHAN (4) | § | |
| MELINDA MINDY MARSHALL (5) | § | |
| BRENT ALAN ASKEW (6) | § | |
| JASON THEODORE HOOPER (7) | § | |
| LARRY TYRONE ADAMS (8) | § | |
| BRIAN KEITH MCMENAMY (9) | § | |
| SHANNON RENEE ASKEW (10) | § | |
| MELVIN C. BOWEN (11) | § | |
| MELISSA RENEE STEWART (12) | § | |
| DANIEL GEORGE JENSON (13) | § | |
| TIMOTHY LEDON BOWEN (14) | § | |
| MANUEL MICHAEL CAMACHO (15) | § | |
| MALCOM CODY CONYERS (16) | § | |
| ANDREA REEVES (17) | § | |
| LORENE VALADEZ (18) | § | |
| FERNANDO PERALES (19) | § | |
|   a.k.a. "Dog" | § | |
| PRISCILLA CAMACHO MARCELENO (20) | § | |
| AUGUSTINE RODRIGUEZ (21) | § | |
| THIEU ANDY NGUYEN (22) | § | |

## NOTICE OF PENALTY

### Count One

Violation:   21 U.S.C. § 846

Penalty:   If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or if 50 grams or more of methamphetamine

FIRST SUPERSEDING INDICTMENT/NOTICE OF PENALTY - Page 4

(actual) -- not less than 10 years and not more that life imprisonment, a fine not to exceed $4 million, or both; supervised release of at least five years.

Special Assessment:        $100.00