| | |
|---|---|
| DATE  6/20/12 | CASE NUMBER  4:12cr16 RAS/DDB |
| LOCATION  Plano | USA  Ernest Gonzalez  ___ Assigned |
| JUDGE  Don D Bush | V  Ernest Gonzalez  ___ Appeared |
| DEPUTY CLERK  Toya McEwen | |
| COURT REPORTER: Bryn & Associates - ~~Mary Ann Romero~~ Deana Bryn | BECKER SCOTT DEMMING (28) |
| INTERPRETER: ___ | Defendant |
| USPO: ___ | |
| BEGIN:  10:50 am | Attorney ___ |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN 20 2012
BY DAVID J. MALAND, CLERK
___ DEPUTY

- [x] **INIT APPEARANCE on Indictment**
- [ ] **ARRAIGNMENT**

---

- [x] Hearing Held    [ ] Hearing Called    [ ] Defendant Sworn    [ ] Interpreter Sworn
- [x] Dft appears on Indictment:  [ ] with  [x] w/o cnsl  [ ] pro se  [ ] Cnsl appears on behalf of deft

- [ ] Date of arrest: 6/19/12    (In another district & case #) ___
- [x] Dft  [x] advised of charges    [ ] advised of maximum penalties    [x] advised of right to remain silent;
       [x] advised of right to counsel    [x] received copy of indictment

- [ ] Dft first appearance with counsel  [ ] CJA  [ ] Ret.  [ ] USPD (Do Not Docket in Mag. Case - Without Consent)
   Attorney: ___
- [ ] Dft    advises the Court that he/she  [ ] has counsel who is ___ or, [ ] will hire counsel.
- [ ] If dft cannot retain counsel, the court is to be advised within ___ days so counsel may be appointed.
- [x] Dft    Requests appointed counsel, is sworn & examined re: financial status.
- [x] Financial affidavit executed by dft. The court finds the defendant [ ] able [x] unable to employ counsel.
- [x] _to be_ ___ appointed    [ ] U.S. Pub Defender ___ appointed
- [ ] Govt motion for detention  [ ] Govt oral motion for continuance    [ ] Oral Order granting  [ ] Oral Order denying
- [ ] Defendant oral motion to continue detention hearing    [ ] Oral Order granting  [ ] Oral Order denying
- [ ] Detention Hrg set
- [x] Arraignment set ___
- [x] Order setting conditions of release    [ ] Bond executed, dft released;
- [ ] Dft ordered to answer in prosecuting district
- [ ] Dft signed Waiver of Detention Hearing    [ ] Dft ordered removed to Originating District
- [ ] Defendant remanded to custody of U.S. Marshal.
- [ ] Dft failed to appear,    [ ] oral order for arrest warrant;    [ ] bond forfeited

## ARRAIGNMENT

- [ ] Arraignment held .    [ ] Arraignment called.    [ ] Arraignment reset: ___
- [ ] Dft    [ ] sworn
          [ ] received copy of charges    [ ] discussed charges with counsel    [ ] charges read
          [ ] waived reading of charges

Dft enters a plea of: [ ] not guilty  [ ] guilty  [ ] nolo  [ ] guilty - lesser
to counts:  [ ] 1  [x] 2  [ ] 3  [ ] 4  [ ] 5  [ ] 6  [ ] 7  [ ] 8  [ ] 9  [ ] 10  [ ] 11  [ ] 12  ___
[ ] all counts  [x] indictment includes forfeiture provisions

CRIM 92-116        [ ] See reverse/attached for additional proceedings       10:51 am  Adjourn