DATE         6/25/12                       CASE NUMBER        4:12cr16    RAS/DDB
LOCATION   Plano                           USA      Ernest Gonzalez                 Assigned
JUDGE        Don D Bush                    VS       Ernest Gonzalez                 Appeared
DEPUTY CLERK: Toya McEwen
COURT REPORTER: Digital Recording
INTERPRETER: _____        **BECKER SCOTT DEMMING (28)**
USPO: _____               Defendant
BEGIN   10:49 am                           Keith Willeford, CJA
                                           Attorney

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN 25 2012
DAVID J. MALAND, CLERK
BY _____ DEPUTY

## ARRAIGNMENT

- ☐ Interpreter Sworn.
- ☑ Arraignment held        ☐ Arraignment called.        ☐ Arraignment reset: _____

- ☑ Dft ☐ Prob violator ☐ Super Rel violator appears: ☑ with ☐ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft
- ☐ Dft. request court-appointed counsel: _____
- ☐ Dft. has retained counsel: _____
- ☑ Dft  ☑ sworn
         ☑ received copy of charges    ☐ discussed charges with counsel   ☐ charges read
         ☑ waived reading of charges

  Dft enters a plea of: ☑ not guilty ☐ guilty ☐ nolo ☐ guilty - lesser
  to counts: ☑ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ _____
  ☐ all counts ☐ indictment includes forfeiture provisions

- ☑ Pretrial Discovery and Inspection Order entered.  Case set for final pretrial conference / jury selection and trial setting on
  **Monday, August 6, 2012 at 9:00 am in Plano, Texas in Judge Richard Schell**

- ☐ _____

- ☐ Government motion _____

- ☐ Defendant remanded to custody USM        ☑ Dft remains on Conditions of Release

OTHER PROCEEDINGS: _____

CRIM 92-116                                                                10:50 am  Adjourn