IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:12CR16 |
| | § | Judge Schell |
| BECKER SCOTT DEMMING (28) | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **Becker Scott Demming**, and the government have entered into a plea in relation to the charges now pending before this Court.

Respectfully submitted,

JOHN M. BALES
United States Attorney

___/s/_____
ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on this the 16th day of November, 2012.

_____/s/_____
Ernest Gonzalez

Notice of Plea Agreement - Page 1