| | |
|---|---|
| DATE  12/3/12 | CASE NUMBER  4:12cr16  RAS/DDB |
| LOCATION  Plano | |
| JUDGE  Don D. Bush | USA  Ernest Gonzalez  Assigned |
| DEPUTY CLERK  Toya McEwen | VS  Jennifer Bray  Appeared |
| COURT REPORTER: Bryn & Associates - Lisa Traslavina-Ken | |
| USPO: | BECKER SCOTT DEMMING (28) |
| INTERPRETER: | DEFENDANT |
| BEGIN  11:17am | Keith Willeford, CJA |
| | ATTY |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC - 3 2012
DAVID J. MALAND, CLERK
BY_____ DEPUTY

☑ CHANGE OF PLEA
☐ CHANGE OF PLEA without Plea Agreement

☑ CASE CALLED            ☑ DEFENDANT SWORN        ☐ Hearing held by Interpreter, Interpreter sworn.
☑ Dft appears: ☑ with counsel  Keith Willeford, cja
☑ Defendant to plead guilty to Count(s)  One (1)  of 2nd SS Indictment
☑ Defendant signs Consent to Administration of Guilty Plea by United States Magistrate Judge.
☑ Consent Form entered into the record.
☑ AUSA  ☐ Court    stated essential elements  ☑ 2nd SS Indictment
☑ Defendant acknowledged understanding the essential elements  ☐ AUSA  ☑ Court  stated range of penalty.
☑ Court reviews plea agreement with defendant  ☑ Court reviews rights RE: plea of guilty, jury trial and to appeal.
☐ Defendant is not a citizen of the United States    ☐ Defendant is not a legal permanent resident.
☑ Plea Agreement entered into the record UNDER SEAL.
☑ Court reviews  ☐ factual statement  ☑ statement of facts  ☐ factual resume with defendant.
☑ ☐ Factual Statement  ☑ Statement of Facts  ☐ Factual Resume entered into the record.
☐ Forfeiture provision explained to Dft.    ☐ Dft acknowledged understanding forfeiture provision.
☑ Defendant pleads guilty to Count  One of Second Superseding Indictment.
☑ Court will recommend district court accept plea of guilty
☑ Court finds plea is voluntary, knowledgeable and that it has a basis in fact.
☐ Defendant remanded to custody of U.S. Marshal.
☑ Defendant to remain on Conditions of Release  per request of AUSA.
☑ Court admonished the dft to follow the conditions as set exactly.

☑ Court recessed.  11:31 am

_____ Adjourn