| | | | | | | |
|---|---|---|---|---|---|---|
| DATE  9/9/2014 | | CASE NUMBER  4:12cr16(28) | | | | |
| LOCATION  Plano | | USA | Ernest Gonzalez | | Assigned | |
| JUDGE  RICHARD SCHELL | | VS | Ernest Gonzalez | | Appeared | |
| DEPUTY CLERK  B Sanford | | | | | | |
| RPTR/ECRO  Jerry Kelley | | | | | | |
| TAPE #  B  E | | BECKER SCOTT DEMMING | | | | |
| USPO Cara Hammons | | Defendant | | | | |
| INTERPRETER: | | Keith Willeford | | | | |
| BEGIN 11:52 am / 12:45 pm | | Attorney | | | | |

## SENTENCING

X . . . . . .    Sentencing held

| CT | CUSTODY | FINE | REST | PROB | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 24 months | | | | 5 years | | | $100.00 |
| | | | | | | | | |
| | | | | | | | | |

Objection 1 - Overruled.

The court adopts the facts as set forth in the presentence report.

The court grants the variance based upon the sentencing guideline amendment.     Govt 5K1.1
motion [de#1080] is granted.

The court recommends residential drug treatment.
The court recommends FCI Ft. Worth.
Voluntary Surrender on 11/14/14 at 2:00 pm.

The court departs due to defendant's health situation.

Govt motion to dismiss remaining counts granted.

X . . . . . .    **Dft advised of right to appeal plea and/or sentence, and apply for court appointed counsel.**

**CRIM 92-118**                              ☐ See reverse/attached for additional proceedings
_____ Adjourn