IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:12CR16 |
| | § | Judge Schell |
| BECKER SCOTT DEMMING (28) | § | |

## WAIVER OF RELIEF UNDER 18 U.S.C. § 3582(c)(2)
## BASED ON PROPOSED AMENDMENTS TO DRUG GUIDELINES

Defendant understands that the presentence report in this case calculates a base offense level of 36 under the current sentencing guidelines.   When this level is combined with other adjustments, the presentence report reflects a total offense level of 33.

Defendant further understands that the Sentencing Commission's proposed amendments to the drug quantity tables, U.S.S.G. § 2D1.1 (eff. Nov. 1, 2014), would have the effect of reducing the base offense level, and therefore the total offense level, by two levels, resulting in a total offense level of 31.

If the Court elects to grant a two-level downward variance consistent with the proposed amendment, Defendant waives the right to file a motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) based on the amendment when it takes effect.

I have read, or had read to me, this waiver and have carefully reviewed it with my attorney.   I fully understand that the waiver is to my benefit and voluntarily agree to it.

Dated: _9/9/2014_____    _____

BECKER SCOTT DEMMING
Defendant

I am counsel for the defendant.    I have carefully reviewed this waiver with the defendant.    To my knowledge and belief, my client's decision to execute this waiver is informed and voluntary.

Dated: _9-9-14_____    _____

DAVID KEITH WILLEFORD
Attorney for Defendant

Section 3582(c)(2) Waiver-Page 2