| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 4:12-CR-00016(28) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Becker Scott Demming | DISTRICT Eastern District of Texas | DIVISION Sherman |
|---|---|---|
| | NAME OF SENTENCING JUDGE U.S. District Judge Marcia A. Crone | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM August 1, 2016 — TO July 31, 2021 |

FILED: **6/23/17**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

**OFFENSE**
21 U.S.C. § 846, 841(b)(1)(A) - Conspiracy to Possess with the Intent to Manufacture and Distribute 500 Grams or More of Methamphetamine and/or 50 Grams or More of Methamphetamine (Actual).

3-17CR-311-K

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Eastern District of Texas

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Texas, Dallas Division upon that Court's order of acceptance of jurisdiction.

5/30/17
Date

*Marcia A. Crone*
United States District Judge

---

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the <u>Northern District of Texas, Dallas Division</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/14/2017
Effective Date

*Ed Kinkeade*
United States District Judge

FILED
JUN 23 2017
Clerk, U.S. District Court
Texas Eastern